## **CERTIFICATE OF SERVICE AND NOTICE TO INTERESTED PARTIES**

*Optima Steel International, LLC v. U.S. Customs and Border Protection, et. al.*
**U.S. Court of International Trade**
**Court No. 26-01461**

Pursuant to U.S. Court of International Trade Rules 4(b) and (h), I, R. Will Planert, hereby certify that on March 5, 2026, I served the following individuals by mailing a copy of the foregoing Summons, Complaint, Form 5, Form 11, and Form 13 by first class mail, return receipt requested, unless otherwise indicated:

**On Behalf of The United States**
Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
**U.S. Department of Justice**
26 Federal Plaza
New York, NY 10278

**On Behalf of U.S. Customs and Border Protection**
Attorney-In-Charge
Office of Chief Counsel
**U.S. Customs and Border Protection**
1300 Pennsylvania Ave., NW
Washington, DC 20229

**On Behalf of The United States**
Attorney-In-Charge
Commercial Litigation Branch
**U.S. Department of Justice**
1100 L Street, NW
Washington, DC 20530

/s/ *R. Will Planert*