**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE THE HONORABLE RICHARD K. EATON, JUDGE**

| | |
|---|---|
| AMSUM & ASH, INC.,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF U.S. CUSTOMS AND BORDER PROTECTION; AND THE UNITED STATES OF AMERICA,<br><br>Defendants. | Court No. 26-01551 |
| MATRA AMERICAS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF U.S. CUSTOMS AND BORDER PROTECTION; AND THE UNITED STATES OF AMERICA,<br><br>Defendants. | Court No. 26-01417 |
| CANADIAN FOREST PRODUCTS LTD. AND CANFOR PULP AND PAPER SALES LTD.,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF U.S. CUSTOMS AND BORDER PROTECTION; AND THE UNITED STATES OF AMERICA,<br><br>Defendants. | Court No. 26-01562 |

| | |
|---|---|
| OPTIMA STEEL INTERNATIONAL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF U.S. CUSTOMS AND BORDER PROTECTION; AND THE UNITED STATES OF AMERICA,<br><br>Defendants. | Court No. 26-01461 |
| AA METALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF U.S. CUSTOMS AND BORDER PROTECTION; AND THE UNITED STATES OF AMERICA,<br><br>Defendants. | Court No. 25-00714 |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION TO LIFT STAY AND MOTION TO CONSOLIDATE**

Plaintiffs Amsum & Ash, Inc., Matra Americas, LLC, Canadian Forest Products Ltd., Canfor Pulp And Paper Sales Ltd., Optima Steel International, LLC, and AA Metals, Inc. (collectively, "Plaintiffs") hereby respond to the Defendant's motion for an extension of time to file a response to Plaintiffs' October 1, 2026 motions to lift stay and motion to consolidate. Plaintiffs oppose Defendants' request on the ground that the requested extension would unduly delay the Court's consideration of Plaintiffs' motions. Plaintiffs are U.S. importers who have paid IEEPA tariffs on entries subject to antidumping and/or countervailing duties that are

suspended from liquidation and wish to be heard on the question of whether IEEPA tariffs on those entries should be refunded prior to liquidation, an issue that is currently before the Court in *Aditya Chemicals USA Inc et al v. United States et al*, Ct. No. 26-00134. The plaintiffs and plaintiff Intervenor in Court No. 26-00134 have already filed their motions on this issue, and pursuant to the Court's scheduling order in that case, the Government's response is due November 9, 2026. Yet, Defendants request that the Court extend the Government's time to respond to Plaintiffs' motions to November 5, 2026. Granting the requested extension would therefore delay the Court's ruling on Plaintiffs' motions to the point where the motions would be effectively mooted absent a significant revision to the existing scheduling order in Court No. 26-00134. The Court should thus deny Defendants' motion for an extension of time.

Respectfully submitted,

/s/ R. Will Planert
R. Will Planert
Julie C. Mendoza
Donald B. Cameron
Brady W. Mills
Mary S. Hodgins
Eugene Degnan
Jordan L. Fleischer
Edward J. Thomas III
Nicholas C. Duffey
Jenny (Shiyu) Liang
Xi (Jack) Yang

**TAFT STETTINIUS & HOLLISTER LLP**
1333 New Hampshire Avenue, NW
Suite 800
Washington, D.C. 20036
(202) 216-4819

Dated: October 21, 2026

*Counsel to Plaintiffs Amsum & Ash, Inc., Matra Americas, LLC, Canadian Forest Products Ltd., Canfor Pulp And Paper Sales Ltd., Optima Steel International, LLC, and AA Metals, Inc.*

**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE THE HONORABLE RICHARD K. EATON, JUDGE**

| | |
|---|---|
| AMSUM & ASH, INC.,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF U.S. CUSTOMS AND BORDER PROTECTION; AND THE UNITED STATES OF AMERICA,<br><br>Defendants. | Court No. 26-01551 |
| MATRA AMERICAS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF U.S. CUSTOMS AND BORDER PROTECTION; AND THE UNITED STATES OF AMERICA,<br><br>Defendants. | Court No. 26-01417 |
| CANADIAN FOREST PRODUCTS LTD. AND CANFOR PULP AND PAPER SALES LTD.,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF U.S. CUSTOMS AND BORDER PROTECTION; AND THE UNITED STATES OF AMERICA,<br><br>Defendants. | Court No. 26-01562 |

| | |
|---|---|
| OPTIMA STEEL INTERNATIONAL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF U.S. CUSTOMS AND BORDER PROTECTION; AND THE UNITED STATES OF AMERICA,<br><br>Defendants. | Court No. 26-01461 |
| AA METALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF U.S. CUSTOMS AND BORDER PROTECTION; AND THE UNITED STATES OF AMERICA,<br><br>Defendants. | Court No. 25-00714 |

**ORDER**

Upon consideration of Defendants' Motion for an Extension of Time and the Plaintiffs' response to Defendants' Motion for an Extension of Time to file a Response to Plaintiffs' Motion to Lift Stay and Motion to Consolidate, it is hereby

**ORDERED** that Defendants' Motion for an Extension of Time is denied; and it is further

**ORDERED** that Defendants' response to Plaintiffs' Motion to Lift Stay For The Limited Purpose Of Addressing IEEPA Tariff Refunds For AD/CVD Entries and Motion to Consolidate shall be filed on or before October 22, 2026.

**SO ORDERED**.

______________________________
Richard K. Eaton, Judge

Dated: ______________________________
New York, New York